FORM TO BY USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 30 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CASE NO. 5:16-CV-313 JLH-JJV

Jury Trial: [ ] Yes  [ ] No

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Kenny Halfacre, ADC #084410
   Address: P.O. Box 600, Varner Unit, Grady, AR. 71644

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of Defendant: Correct Care Solutions
   Place of Employment: Arkansas Department of Corrections

   Name of Defendant: Jason Kelley/Correct Care Solutions
   Place of Employment: ADC Varner Unit P.O. Box 600, Grady, AR. 71644

   Name of Defendant: Rory Griffin, Medical Director, CCS
   Place of Employment: Central Office, Pine Bluff, AR. 71611

   Name of Defendant: _____
   Place of Employment: _____

II. Are you suing the defendants in:

   [ ] official capacity only
   [ ] personal capacity only
   [✓] both official and personal capacity

III. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

      [ ] Yes  [✓] No

This case assigned to District Judge Holmes
and to Magistrate Judge Volpe

1

    B.     If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    [ ]     Parties to the previous lawsuit:

    Plaintiffs: N/A

    Defendants: N/A

    [ ]     Court (if federal court, name the district; if state court, name the county): N/A

    [ ]     Docket Number: N/A

    [ ]     Name of judge to whom case was assigned: N/A

    [ ]     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

    [ ]     Approximate date of filing lawsuit: N/A

    [ ]     Approximate date of disposition: N/A

IV.     Place of present confinement: _____

V.     At the time of the alleged incident(s), were you:

    [ ] in jail and still awaiting trial on pending criminal charges

    [✓] serving a sentence as a result of a judgment of conviction

    [ ] in jail for other reasons (e.g. alleged probation violation, etc.) explain:

VI.     The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. failure to completed the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.     Did you file a grievance or grievances presenting the facts set forth in this complaint?

[✓] Yes      [ ] No

B. Did you completely exhaust the grievances(s) by appealing to all levels within the grievance procedure?

[✓] Yes      [ ] No

If not, why?

VII. Statement of claim:

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*SEE EXTRA SHEETS*

VIII. Relief

<u>State breifly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

*SEE EXTRA SHEETS*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27th day of September, 2016

[signature]

ADC# 084410
VARNER Unit
P.O. Box 600
Grady, AR 71644

Extra Sheet 1

## Plaintiff

Plaintiff Kenny Halfacre, ADC #84410, is an inmate in the Arkansas Department of Corrections currently confined at the Varner Unit, P.O. Box 600, Grady, AR. 71644.

## Defendants

Correct Care Solutions is a private entity who have contracted with the State of Arkansas to provide medical and dental care to the inmates incarcerated within the entire Department of Corrections which includes the Varner Unit.

Jason Kelley is employed by Correct Care Solutions currently in the position of Infirmary Administrator at the Varner Unit.

Rory Griffin is employed by Correct Care Solutions currently in the position of Medical Director and oversees medical problems between inmates and Correct Care Solutions.

-1-

## Complaint

Plaintiff has approx. four teeth that have required immediate dental attention for the past five or six months but for some unknown reason the Varner Unit cannot keep a full time dentist. This problem was discussed with Dr. Russell who did attempt to fix one of the teeth prior to his departure, but the filling fell out within a couple of days.

This problem was discussed with Dr. Stringfellow on May 10, 2016, while being seen in regards to a front tooth that had chipped. Dr. Stringfellow said the other teeth were fine even though two of them had large cavity holes that had sharp edges that would cut my tongue when trying to eat.

Dr. Stringfellow works at the Cummins Unit, but devotes limited time to the Varner Unit, and because of this part time status my chipped tooth was not fixed until July 18, 2016. Two months from the initial consult.

On or about August 31, 2016, after submitting two emergency dental sick-call requests i was seen again by Dr. Stringfellow who noted that my diseased teeth were trying to abscess. Dr. Stringfellow then prescribed a ten day supply of antibiotics which expired on the 10th day of September 2016.

-2-

Plaintiff has had to endure severe and constant pain, and when eating, food particles lodge within the holes created by the cavities which also causes severe toothaches.

Plaintiff is 67 years of age whos teeth are in serious need of repairs, but as stated before the Varner Unit cannot keep a dentist.

Defendants have a constitutional duty to ensure that the Plaintiff is provided medical and dental care, but have failed because the Varner Unit cannot employee a dentist that will stay for any length of time.

## Relief

This complaint raises an 8th Amendment violation and for his pain and severing Plaintiff seeks damages in the sum of $10,000 from each defendant. Plaintiff also seeks punitive damages in the sum of $500.000 due to the lack of a dentist being a continuous violation of Plaintiffs constitutional right to dental treatment. There have been other litigations filed in regards to the lack of dental care at the Varner Unit.

Plaintiff also request a jury trial.

IGTT430
3GD

Attachment VI

INMATE NAME: Halfacre, Kenny      ADC #: 084410      GRIEVANCE#:VU-16-00665

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On June 9, 2016, you grieved that you have serious problems with your teeth that require attention, but Varner Unit does not have a dentist. You state the dentist from Cummins Unit comes part time, but the work load is too much for a part time dentist.

The medical department responded, "A review of your medical record indicates you were seen by Dr. Stringfellow on 5/10/16 for a chipped tooth. You were placed on the restorative list at that time. There is no indication you have been seen at this time. Due to the delay in you receiving dental care, I find this grievance with merit. You are on the list for dental care and will be seen according to the dental schedule."

Your appeal states you have several teeth that need dental attention and were discussed with Dr. Russell before he left. You state there has not been a full time dentist at Varner Unit since Dr. Russell. You state you have teeth with sharp spots that cut your tongue while trying to eat.

The medical department found your grievance with merit and you were seen for the filling on July 18, 2106; therefore, this appeal is without merit.

_____        _____8/25/16_____
Director                        Date

IGTT420                                                                                            Attachment IV
3GH

INMATE NAME: Halfacre, Kenny        ADC #: 084410C        GRIEVANCE #: VU-16-00665

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(620) Your grievance dated 6/9/16 has been received and reviewed to determine if you are receiving medical care as ordered by your providers. You grieved you are having serious problems with your teeth and require immediate attention. You state that the Varner Unit does not have a dentist at this time and this shows deliberate indifference to your dental needs.
A review of your medical record indicates you were seen by Dr. Stringfellow on 5/10/16 for a chipped tooth. You were placed on the restorative list at that time. There is no indication you have been seen at this time. Due to the delay in you receiving dental care, I find this grievance with merit. You are on the list for dental care and will be seen according to the dental schedule.

_____                    RECEIVED-DEPUTY DIRECTOR
Signature of Health Services                 ARKANSAS DEPARTMENT OF CORRECTION
Administrator/Mental Health Supervisor or
Designee                                     JUL 2 6 2016

                                             Jason M Kelley              07/12/2016
                                             HEALTH & CORRECTIONAL PROGRAMS
                                                         Title              Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I have several teeth that need dental attention and were discussed with Dr. Russell before he left, and there has not not been a full-time dentist at the Varner Unit since Dr. Russell. I have teeth with sharp spots that cut my tongue while trying to eat which is one reason I keep loosing weight.

_____        084410        7-15-16

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Varner_

Name _Kenny Halfacre_

ADC# _087710_ Brks # _21_ Job Assignment _B.U._

FOR OFFICE USE ONLY
GRV. # _VU16-00605_
Date Received: _6-15-16_
GRV. Code #: _601_

_6-9-16_ (Date) STEP ONE: Informal Resolution

_6-14-16_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _There still is not a dentist and I need dental treatment_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _Yes_ If yes, circle one: (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I am having serious problems with my teeth that require immediate attention, but there is no dentist at the Varner Unit. The dentist from Cummins devotes some of his time but the workload is too large for a part time dentist to handle. CCS has a constitutional obligation to provide dental care to all inmates within the Department of Corrections but they cannot keep a dentist at the Varner Unit, and at this time it doesn't appear that there will be a dentist anytime soon which indicates that CCS has a deliberate indifference to the serious dental needs of myself and all other inmates at the Varner Unit_

Inmate Signature _[signature]_  Date _6-9-16_

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Drewell_ Date _6/13/16_

_M. Bass_  _7924_  _[signature]_  _6/9/16_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: _You are on the list to have your chipped tooth restored. If you experience symptoms of pain or infection, submit a sick call. Drewell 6/13/16_

Staff Signature & Date Returned _[signature] 6/14/16_  Inmate Signature & Date Received _[signature] 6-14-16_

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _JUN 15 2016_ _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _[signature]_ Date: _6/15/16_

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.