**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENNY HALFACRE                                                                                                        PLAINTIFF
ADC # 84410

v.                                            No. 5:16CV00313-JLH-JJV

CORRECT CARE SOLUTIONS; *et al.*                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion to Dismiss (Doc. No. 13) is GRANTED and Plaintiff's claims against Defendant Griffin are DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 10th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE