IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY HALFACRE, ADC #84410                                                                    PLAINTIFF

v.                                             No. 5:16CV00313-JLH-JJV

CORRECT CARE SOLUTIONS; *et al.*                                                         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for summary judgment is granted in part and denied in part. Document #37.

   A. Plaintiff's claims against defendant Kelley are DISMISSED without prejudice for failure to exhaust administrative remedies;

   B. Plaintiff's claims against defendant Correct Care Solutions are limited to incidents occurring on or after May 25, 2016; and

   C. The motion is denied to the extent grievance VU-16-00665 was not limited to the chipped tooth repaired on July 18, 2016.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these Recommendations would not be taken in good faith.

SO ORDERED this 20th day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE