IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY HALFACRE                                                                                          PLAINTIFF
ADC #84410

v.                                         5:16CV00313-JLH

CORRECT CARE SOLUTIONS; *et al.*                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 47) is DENIED.

2. Defendant CCS's Cross Motion for Summary Judgment (Doc. No. 53) is GRANTED.

3. Plaintiff's claims against Defendant CCS are DISMISSED with prejudice.

4. Plaintiff's cause of action (Doc. No. 2) is DISMISSED.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 21st day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE